IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER COLE-GRICE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-01287-STA-jay |
| | ) | |
| **FANNIE MAE and** | ) | |
| **NATIONSTAR MORTGAGE, LLC** | ) | |
| **d/b/a MR. COOPER** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING MOTION FOR LEAVE TO FILE AN AMENDED RESPONSE, MOTION TO
STRIKE, AND MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendants' motion for summary judgment, Plaintiff's motion for leave to file an amended response, and Defendants' motion to strike Plaintiff's motion for leave to amend her response. Plaintiff Jennifer Cole-Grice ("Cole-Grice") initiated this action by filing a pro se Complaint in the Circuit Court of Madison County, Tennessee. (ECF No. 1-1.) On December 6, 2019, Defendants Nationstar Mortgage, LLC ("Nationstar") and the Federal National Mortgage Association ("Fannie Mae") removed this action to this Court. (ECF No. 1.) Defendants filed a motion for summary judgment on August 3, 2020 (ECF No. 21). After responding to Defendants' motion, Plaintiff submitted a motion for leave to file an amended complaint (ECF No. 25) and a motion for leave to file an amended response (ECF No. 27). Defendants submitted a response to Plaintiff's first motion (ECF No. 28) and filed a motion to strike Plaintiff's motion for leave to file an amended response (ECF No. 29). United States Magistrate Judge Jon A. York entered his

Report and Recommendation on October 8, 2020. (ECF No. 32.) The parties have not filed objections to the Report and Recommendation. This Court has reviewed Defendants' motion for summary judgment (ECF No. 21), Plaintiff's motion for leave to file an amended response (ECF No. 27), Defendants' motion to strike Plaintiff's motion for leave to amend her response (ECF No. 29), and the Magistrate Judge's Report and Recommendation and agrees with the conclusion of the Magistrate Judge. This Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(3). Consistent with the Report and Recommendation, Defendants' motion for summary judgment is **DENIED WITHOUT PREJUDICE** and Plaintiff's motion for leave to file an amended response and Defendants' motion to strike are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                      **s/ S. Thomas Anderson**
                                      S. THOMAS ANDERSON
                                      CHIEF UNITED STATES DISTRICT JUDGE

                                      Date: January 13, 2021.